**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| GLADYS PEREZ-LUNA,<br><br>    Plaintiff<br><br>        v.<br><br>INTERNATIONAL SHIPPING AGENCY, ET AL.,<br><br>    Defendants. | CIVIL NO. 11-2186 (PG) |

**FINAL JUDGMENT**

Upon Plaintiff's motion requesting voluntary dismissal with prejudice, it is hereby **ORDERED AND ADJUDGED** that the Complaint be, and hereby is, **DISMISSED WITH PREJUDICE.** This case is now closed for all statistical purposes.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, June 12, 2012.

                                    **S/ JUAN M. PÉREZ-GIMÉNEZ**
                                    **JUAN M. PÉREZ-GIMÉNEZ**
                                    **UNITED STATES DISTRICT JUDGE**