RECEIVED AND FILED
2012 NOV 28  AM 11: 06
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| POPULAR AUTO, INC.<br><br>Plaintiff<br><br>Vs.<br><br>M/V NI & MI, its engines, tackle, equipment and furnishings, etc, *in rem*; PEDRO A. RAY CHACÓN, HIS WIFE NILSA P. SANTIAGO RAMOS; AND THEIR CONJUGAL PARTNERSHIP<br><br>Defendants | CIVIL NO. 3:11-cv-02164-PG<br><br><br>RE:<br><br>ADMIRALTY<br><br>ENFORCEMENT OF MARITIME LIEN |

## CONSENT JUDGMENT

Consent Judgment is hereby entered against defendants Pedro A. Ray Chacón, Nilsa P. Santiago Ramos, their Conjugal Partnership, and M/V Ni & Mi, Hull Identification Number STNAG043D001, Official Number 11000839, pursuant to the terms and conditions established in the *Joint Motion for Consent Judgment* filed on October 30, 2012, sworn and subscribed by Defendants on October 29, 2012.

In San Juan, Puerto Rico this 26th day of November, 2012.

JUAN M. PEREZ GIMENEZ
UNITED STATES DISTRICT JUDGE